### HARRY CZUPIY AND OTHERS v. NORTH STAR TIMBER COMPANY.[1]

May 25, 1945.

No. 34,004.

M. H. *Greenberg* and *Henry Paull,* for appellants.
*McCabe, Gruber & Clure* and *H. G. Gearhart,* for respondent.

MATSON, JUSTICE.

This case is a companion case to Bicanic v. J. C. Campbell Co. 220 Minn. 107, 19 N. W. (2d) 7, pertaining to the issue of unpaid overtime under the Fair Labor Standards Act of 1938, 29 USCA, § 201, *et seq.,* opinion in which is filed herewith. For the reasons stated in that opinion, the order appealed from is affirmed.

Affirmed.

[1]Reported in 19 N. W. (2d) 11.